1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 THAN MAN,                        ) Case No. 2:08-CV-03059-CMK
            Plaintiff,              )
11                                  )
        vs.                         )
12                                  ) STIPULATION AND ORDER
   MICHAEL J. ASTRUE,               )
13 Commissioner of Social           )
   Security,                        )
14                                  )
            Defendant.              )
15                                  )
                                    )
16 ─────────────────────────────────)

17      The parties hereby stipulate by counsel, with the Court's
18 approval as indicated by issuance of the attached Order, that the
19 respondent Commissioner of Social Security shall have a **FIRST**
20 extension of time of 30 days to respond to Plaintiff's motion for
21 summary judgment.  This case has been assigned to a new Assistant
22 Regional Counsel, requiring additional review.  The current due
23 date was July 18, 2009.  The new due date will be August 17,
24 2009.
25      The parties further stipulate that the Court's Scheduling
26 Order shall be modified accordingly.
27
28

Stip & Proposed Order Re Ext of D's Time, 2:08-CV-03059-CMK         Page 1

```
DATE:   7/13/09              /s/ Ann M. Cerney (as authorized by
                             telephone July 13, 2009)
                             ANN M. CERNEY
                             Attorney at Law

                             Attorney for Plaintiff


DATE:   7/15/09              LAWRENCE G. BROWN
                             Acting United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX

                        By:  /s/ Leo R. Montenegro
                             LEO R. MONTENEGRO
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED: July 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE